1    STEWART M. BROWN (Bar No. 174905)
     RICHARD T. MULLOY (Bar No. 199278)
2    DLA PIPER US LLP
     401 B Street, Suite 1700
3    San Diego, CA  92101-3697
     Tel:  619.699.4787
4    Fax:  619.699.2701
     E-mail: richard.mulloy@dlapiper.com
5
     Attorneys for Defendant
6    CMT USA, INC., a North Carolina corporation

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11   JOON PARK, an individual,              CV NO.  08 CV 0668 DMS (NLS)

              Plaintiff,               **JOINT MOTION FOR EXTENSION OF**
12                                     **TIME TO RESPOND TO COMPLAINT**

13         v.                          Judge:  Hon. Dana M. Sabraw

14   CMT USA, INC., a North Carolina   Complaint:  April 14, 2008
     corporation,

15            Defendant.

16

17         Pursuant to Civil Local Rule 7.2, Plaintiff and Defendant, through counsel of record,

18   hereby respectfully request a sixteen (16) calendar day extension of time for Defendant to

19   respond to the summons and complaint.  If granted, this joint motion would extend the response

20   date from May 12, 2008 to May 28, 2008.  Good cause exists for the requested extension because

21   Defendant, a North Carolina corporation, has only recently retained local counsel admitted in the

22   Southern District of California and said counsel, along with principal counsel at Frommer

23   /////

24   /////

25   /////

26   /////

27   /////

28   /////

DLA PIPER US LLP
  LOS ANGELES        WEST\21390871.1                    -1-

1    Lawrence & Haug in New York, require a brief additional period of time to prepare and file *pro*

2    *hac vice* applications and to analyze and respond to the complaint.

3

4    Dated:  May 12, 2008                          DLA PIPER US LLP

5

6                                                  By: *s/ Richard T. Mulloy*
                                                       STEWART M. BROWN
7                                                      RICHARD T. MULLOY
                                                       stewart.brown@dlapiper.com
8                                                      richard.mulloy@dlapiper.com
                                                       Attorneys for Defendant
9                                                      CMT USA, INC.

10

11   Dated:  May 12, 2008                          THE ADAMS LAW FIRM

12

13                                                 By: *s/ Paul Adams*
                                                       PAUL ADAMS
14                                                     Attorneys for Plaintiff
                                                       JOON PARK

15

16

17

18

19

20

21

22

23

24

25

26

27

28