1  STEWART M. BROWN (Bar No. 174905)
   RICHARD T. MULLOY (Bar No. 199278)
2  DLA PIPER US LLP
   401 B Street, Suite 1700
3  San Diego, CA 92101-3697
   Tel: 619.699.4787
4  Fax: 619.699.2701
   E-mail: richard.mulloy@dlapiper.com
5
   Attorneys for Defendant
6  CMT USA, INC., a North Carolina corporation

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  JOON PARK, an individual,              CV NO. 08 CV 0668 DMS (NLS)

12            Plaintiff,                    **PROOF OF SERVICE**

13       v.

14  CMT USA, INC., a North Carolina
    corporation,
15
              Defendant.
16

17                        __PROOF OF SERVICE__

18       I am a resident of the State of California, over the age of eighteen years, and not a party to
    the within action.  My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San
19  Diego, CA 92101-42907.  I served the within documents:

20       JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO
         COMPLAINT

21

22  ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set
         forth below on this date before 5:00 p.m.

23

24  ☐    by placing the document(s) listed above in a sealed envelope with postage thereon
         fully prepaid, in the United States mail at Los Angeles, California addressed as set
         forth below.

25

26  ☐    by personally delivering the document(s) listed above to the person(s) at the
         address(es) set forth below.

27  ☒    by transmitting via e-mail the document(s) listed above to the person(s) e-mail
         address(es) set forth below.

28

WEST\21392425.1                              -1-

1

Paul Adams
The Adams Law Firm

2

550 West C Street, Suite 2000
San Diego, CA 92101

3

Tel:  619-241-4810
Fax:  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

4

adamspatentlaw@gmail.com

5

I am readily familiar with the firm's practice of collection and processing correspondence

6

for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same
day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
motion of the party served, service is presumed invalid if postal cancellation date or postage

7

meter date is more than one day after date of deposit for mailing in affidavit.

8

I declare that I am employed in the office of a member of the Bar of or permitted to

9

practice before this Court at whose direction the service was made.

10

Executed on May 12, 2008, at San Diego, California.

11

_____

12

Virginia R. Gomez

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28