1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOON PARK, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CMT USA, INC., a North Carolina corporation,<br><br>　　　　　Defendant. | CV NO.  08 CV 0668 DMS (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  Hon. Dana M. Sabraw<br><br>Complaint:  April 14, 2008 |

DLA Piper US LLP
Los Angeles

WEST\21391924.1

-1-

1   The Court having read and considered the Joint Motion For Extension of Time to Respond
2   to the Complaint filed by plaintiff Joon Park ("Plaintiff") and defendant CMT USA, Inc.
3   ("Defendant"), and good cause appearing therefor, makes the following Order:
4   It is hereby ORDERED that:
5   1.   Defendant's last day to respond to Plaintiff's Complaint is extended from May 12,
6   2008 until May 28, 2008.

8   **IT IS SO ORDERED.**

10   Dated:  May 13, 2008

_____
U.S. DISTRICT COURT JUDGE