RICHARD T. MULLOY (Bar No. 199278)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-3697
Tel: 619.699.4787
Fax: 619.699.2701
E-mail: richard.mulloy@dlapiper.com

EDGAR H. HAUG
ROBERT E. COLLETTI
JONATHAN R. WISE
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Attorneys for Defendant
CMT USA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOON PARK, an individual,<br><br>   Plaintiff,<br><br>  v.<br><br>CMT USA, INC., a North Carolina corporation,<br><br>   Defendant. | CV NO. 08 CV 0668 DMS (NLS)<br><br>**DEFENDANT CMT USA, INC'S ANSWER AND COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge: Hon. Dana M. Sabraw<br><br>Complaint: April 14, 2008 |

  Defendant, CMT USA, Inc. ("CMT"), by its attorneys, answers the averments made in the numbered paragraphs of the Complaint filed by Plaintiff, Joon Park ("Park"), as follows:

**THE PARTIES**

  1. With respect to paragraph 1 of the Complaint, CMT is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies the allegations in paragraph 1.

/////

1     2.     With respect to paragraph 2 of the Complaint, CMT admits that it is a North Carolina corporation with a place of business at 7609 Bentley Rd # D, Greensboro, NC 27409 USA.  CMT denies the remaining allegations in paragraph 2.

**JURISDICTION**

3.     With respect to paragraph 3 of the Complaint, CMT admits that Park purports to assert a claim under Title 35 of the U.S. Code.  CMT also admits that Park purports to base subject-matter jurisdiction on 28 U.S.C. §§ 1331, 1338(a).  CMT further admits that Park purports to base personal jurisdiction on 28 U.S.C. §§ 1391(c).  Subject matter and person jurisdiction are conclusions of law.  Subject matter and personal jurisdiction are, however, proper under 28 U.S.C. §§ 1331 and 1338(a) with the filing of the counterclaims in paragraphs 18-40 herein.  Venue, under 28 U.S.C. §§ 1391(c), is a conclusion of law to which no response is required.  CMT denies the remaining allegations in paragraph 3.

**BACKGROUND FACTS**

4.     With respect to paragraph 4 of the Complaint, CMT admits that U.S. Patent No. 6,637,988 ("the '988 patent") was issued on October 28, 2003 by the United States Patent and Trademark Office ("Patent Office"), that the '988 patent is entitled "Adjustable pocket drilling fixture," and what appears to be a copy of the '988 patent was attached to the Complaint as Exhibit 1.  CMT is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies the remaining allegations in paragraph 4.

5.     With respect to paragraph 5 of the Complaint, CMT admits that U.S. Patent No. 7,134,814 ("the '814 patent") was issued on November 14, 2006 by the Patent Office, that the '814 patent is entitled "Adjustable pocket drilling fixture," and that what appears to be a copy of the '814 patent was attached to the Complaint as Exhibit 2.  CMT is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies the remaining allegations in paragraph 5.

6.     With respect to paragraph 6 of the Complaint, CMT is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies the allegations in paragraph 6.

1  7.  With respect to paragraph 7 of the Complaint, CMT admits that a letter dated February 28, 2008 was sent to and received by Albert E. Guarnieri and what appears to be a copy of that letter is attached as Exhibit 3. CMT is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies the remaining allegations in paragraph 7.

## INFRINGEMENT OF THE '988 AND '814 PATENTS

8. CMT incorporates herein by reference paragraphs 1-7.

9. CMT denies the allegations in paragraph 9.

10. CMT denies the allegations in paragraph 10.

11. CMT denies the allegations in paragraph 11.

12. CMT denies the allegations in paragraph 12.

## DEMAND FOR JURY TRIAL

CMT admits that Park demands trial by jury on all issues triable by a jury.

## PRAYER FOR RELIEF

CMT denies that Park is entitled to any of the relief averred in the Prayer for Relief.

## CMT'S AFFIRMATIVE DEFENSES

### FIRST DEFENSE

### (Noninfringement)

13. CMT has not infringed, contributed to the infringement of, or induced the infringement of any valid and enforceable claim of the '988 patent.

14. CMT has not infringed, contributed to the infringement of, or induced the infringement of any valid and enforceable claim of the '814 patent.

### SECOND DEFENSE

### (Patent Invalidity)

15. The '988 patent and all the claims thereof are invalid under 35 U.S.C. §§ 102, 103, and/or 112.

16. The '814 patent and all the claims thereof are invalid under 35 U.S.C. §§ 102, 103, and/or 112.

## THIRD DEFENSE

### (Laches)

17. On information and belief, some or all of Park's claims for relief are barred, in whole or in part, by the doctrine of laches.

## **RESERVATION OF DEFENSES**

CMT reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States and any other defenses, at law or in equity, that may now or in the future be available based on discovery or any other factual investigation concerning this case or any related action.

## **CMT'S COUNTERCLAIMS**

Counterclaim Plaintiff, CMT USA, Inc. ("CMT"), by its attorneys, pleads the following counterclaims against Counterclaim Defendant, Joon Park ("Park"):

### The Parties

18. CMT is a North Carolina corporation with a place of business at 7609 Bentley Rd # D, Greensboro, NC 27409 USA.

19. Upon information and belief, Park is an individual having an address at 1320 Virginia Avenue, Glendale, California 91202.

### Jurisdiction and Venue

20. This claim arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. CMT seeks declaratory relief, i.e., a declaration that U.S. Patent No. 6,637,988 ("the '988 patent") is not infringed and is invalid. CMT also seeks declaratory relief that U.S. Patent No. 7,134,814 ("the '814 patent") is not infringed and is invalid.

21. Jurisdiction is proper under 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

22. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b)-(c) and 1400(b).

/////

/////

**FIRST COUNT**

**(Declaration of Noninfringement of the '988 Patent)**

23. CMT repeats and realleges paragraphs 18-22 of the defenses and counterclaims.

24. The '988 patent, entitled "Adjustable pocket drilling fixture," issued on October 28, 2003.

25. There is an actual, substantial, and continuing justiciable controversy between CMT and Park regarding infringement of the '988 patent.

26. CMT has not infringed, contributed to the infringement of, or induced the infringement of any valid and enforceable claim of the '988 patent.

27. CMT is entitled to a declaration that it has not infringed, contributed to the infringement of, or induced the infringement of any valid and enforceable claim of the '988 patent.

**SECOND COUNT**

**(Declaration of Invalidity of the '988 Patent)**

28. CMT repeats and realleges paragraphs 18-22 of the defenses and counterclaims.

29. There is an actual, substantial, and continuing justiciable controversy between CMT and Park regarding the validity of the '988 patent.

30. The '988 patent and all the claims thereof are invalid under 35 U.S.C. §§ 102, 103, and/or 112.

31. CMT is entitled to a declaration that the '988 patent is invalid.

**THIRD COUNT**

**(Declaration of Noninfringement of the '814 Patent)**

32. CMT repeats and realleges paragraphs 18-22 of the defenses and counterclaims.

33. The '814 patent, entitled "Adjustable pocket drilling fixture," issued on November 14, 2006.

34. There is an actual, substantial, and continuing justiciable controversy between CMT and Park regarding infringement of the '814 patent.

/////

1  35. CMT has not infringed, contributed to the infringement of, or induced the
2  infringement of any valid and enforceable claim of the '814 patent.

3  36. CMT is entitled to a declaration that it has not infringed, contributed to the
4  infringement of, or induced the infringement of any valid and enforceable claim of the '814
5  patent.

## FOURTH COUNT

### (Declaration of Invalidity of the '814 Patent)

8  37. CMT repeats and realleges paragraphs 18-22 of the defenses and counterclaims.

9  38. There is an actual, substantial, and continuing justiciable controversy between
10 CMT and Park regarding the validity of the '814 patent.

11 39. The '814 patent and all the claims thereof are invalid under 35 U.S.C. §§ 102, 103,
12 and/or 112.

13 40. CMT is entitled to a declaration that the '814 patent is invalid.

## PRAYER FOR RELIEF

15 WHEREFORE, CMT respectfully requests that this Court enter judgment in its favor and
16 against Park as follows:

17 (a) Dismissing the Complaint with prejudice and denying each request for relief made
18 by Park;

19 (b) Declaring that CMT has not infringed, contributed to the infringement of, or
20 induced the infringement of any valid and enforceable claim of the '988 patent;

21 (c) Declaring that CMT has not infringed, contributed to the infringement of, or
22 induced the infringement of any valid and enforceable claim of the '814 patent;

23 (d) Declaring that each claim of the '988 patent is invalid;

24 (e) Declaring that each claim of the '814 patent is invalid;

25 (f) Adjudging this to be an exceptional case under 35 U.S.C. § 285 and awarding
26 CMT its attorneys' fees;

27 (g) Awarding CMT its costs and expenses; and

28 /////

DLA PIPER US LLP
SAN DIEGO
WEST\21412341.1

1      (h)    Awarding CMT such other and further relief as the Court deems just and proper.

2  Dated: May 28, 2008

                                      DLA PIPER US LLP

                                      By: *s/ Richard T. Mulloy*
                                          RICHARD T. MULLOY
                                          richard.mulloy@dlapiper.com
                                          Attorneys for Defendant
                                          CMT USA, INC.

                                      OF COUNSEL:

                                      Edgar H. Haug
                                      Robert E. Colletti
                                      Jonathan R. Wise
                                      FROMMER LAWRENCE & HAUG LLP
                                      745 Fifth Avenue
                                      New York, NY 10151
                                      Tel: (212) 588-0800
                                      Fax: (212) 588-0500

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), CMT hereby demands a trial by jury of all issues so triable in this action.

Dated:  May 28, 2008

    DLA PIPER US LLP

By: *s/ Richard T. Mulloy*
    RICHARD T. MULLOY
    richard.mulloy@dlapiper.com
    Attorneys for Defendant
    CMT USA, INC.

OF COUNSEL:

Edgar H. Haug
Robert E. Colletti
Jonathan R. Wise
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

| | |
|---|---|
| 1 | STEWART M. BROWN (Bar No. 174905) |
|   | RICHARD T. MULLOY (Bar No. 199278) |
| 2 | DLA PIPER US LLP |
|   | 401 B Street, Suite 1700 |
| 3 | San Diego, CA  92101-3697 |
|   | Tel:  619.699.4787 |
| 4 | Fax:  619.699.2701 |
|   | E-mail: richard.mulloy@dlapiper.com |
| 5 | |
|   | Attorneys for Defendant |
| 6 | CMT USA, INC., a North Carolina corporation |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOON PARK, an individual,                  | CV NO.  08 CV 0668 DMS (NLS) |
|         Plaintiff,                         | **PROOF OF SERVICE** |
|         v.                                 | |
| CMT USA, INC., a North Carolina corporation, | |
|         Defendant.                         | |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, CA 92101-42907.  I hereby certify that on May 28, 2008, I caused the following document(s) to be electronically filed with the Clerk of the Court and served on all parties to this action using the CM/ECF system:

**DEFENDANT CMT USA, INC'S ANSWER AND COUNTERCLAIMS**

| | |
|---|---|
| Paul Adams | ☒ Via CM/ECF |
| The Adams Law Firm | ☒ Via Email (PDF) |
| 550 West C Street, Suite 2000 | ☐ Via First Class Mail |
| San Diego, CA 92101 | ☐ Via Overnight Mail |
| Tel: 619-241-4810 | ☐ Via Hand Delivery |
| Fax: 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 | ☐ Overnight Mail |
| adamspatentlaw@gmail.com | ☐ Via Facsimile |

/////

-1-

1   I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

2

3   Executed on May 28, 2008, at San Diego, California.

4                                  x   _____
                                       Pamela Gomez
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28