1  RICHARD T. MULLOY (Bar No. 199278)
   DLA PIPER US LLP
2  401 B Street, Suite 1700
   San Diego, CA  92101-3697
3  Tel:  619.699.4787
   Fax:  619.699.2701
4  E-mail: richard.mulloy@dlapiper.com

5  EDGAR H. HAUG
   ROBERT E. COLLETTI
6  JONATHAN R. WISE
   FROMMER LAWRENCE & HAUG LLP
7  745 Fifth Avenue
   New York, NY 10151
8  Tel: (212) 588-0800
   Fax: (212) 588-0500

9
   Attorneys for Defendant
10 CMT USA, INC.

11                    UNITED STATES DISTRICT COURT

12                  SOUTHERN DISTRICT OF CALIFORNIA

13

14 | JOON PARK, an individual, | CV NO.  08 CV 0668 DMS (NLS) |

15 |           Plaintiff, | **NOTICE OF PARTY WITH FINANCIAL INTEREST** |

16 |           v. | |
   | | Judge:  Hon. Dana M. Sabraw |
17 | CMT USA, INC., a North Carolina | |
   | corporation, | Complaint:  April 14, 2008 |
18 | | |
   |           Defendant. | |
19

20

21         Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, Defendant and

22 Counterclaim Plaintiff CMT USA, Inc. ("CMT") hereby identifies its parent corporation, CMT

23 Utensili S.p.A.  No publicly held corporation owns 10% or more of CMT's stock.

24 Dated:  May 28, 2008                    DLA PIPER US LLP

25
                                          By:  _s/ Richard T. Mulloy_
26                                             RICHARD T. MULLOY
                                               richard.mulloy@dlapiper.com
27                                             Attorneys for Defendant
                                               CMT USA, INC.
28

DLA PIPER US LLP
  SAN DIEGO          WEST\21412363.1                -1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OF COUNSEL:

Edgar H. Haug
Robert E. Colletti
Jonathan R. Wise
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

DLA PIPER US LLP
SAN DIEGO

WEST\21412363.1

-2-

1    STEWART M. BROWN (Bar No. 174905)
     RICHARD T. MULLOY (Bar No. 199278)
2    DLA PIPER US LLP
     401 B Street, Suite 1700
3    San Diego, CA 92101-3697
     Tel: 619.699.4787
4    Fax: 619.699.2701
     E-mail: richard.mulloy@dlapiper.com
5
     Attorneys for Defendant
6    CMT USA, INC., a North Carolina corporation

7

8                        UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10

11   JOON PARK, an individual,              CV NO. 08 CV 0668 DMS (NLS)

12           Plaintiff,                     **PROOF OF SERVICE**

13       v.

14   CMT USA, INC., a North Carolina
     corporation,

15           Defendant.

16

17         I am a resident of the State of California, over the age of eighteen years, and not a party to

18   the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700,

19   San Diego, CA 92101-42907. I hereby certify that on May 28, 2008, I caused the following

20   document(s) to be electronically filed with the Clerk of the Court and served on all parties to this

21   action using the CM/ECF system:

22         **NOTICE OF PARTY WITH FINANCIAL INTEREST**

23   Paul Adams                             ☒ Via CM/ECF
     The Adams Law Firm                     ☒ Via Email (PDF)
24   550 West C Street, Suite 2000          ☐ Via First Class Mail
     San Diego, CA 92101                    ☐ Via Overnight Mail
25   Tel: 619-241-4810                      ☐ Via Hand Delivery
     Fax: 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                       ☐ Overnight Mail
26   adamspatentlaw@gmail.com               ☐ Via Facsimile

27   //////

28   /////

DLA PIPER US LLP
LOS ANGELES          WEST\21392425.1                    -1-

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on May 28, 2008, at San Diego, California.

_____
Pamela Gomez