Paul Adams (Bar No. 42,146)
THE ADAMS LAW FIRM
California Address
550 West C Street, Suite 2000
San Diego, California 92101
Telephone: 619-241-4810
Facsimile:  619-955-5318

Paul Adams
THE ADAMS LAW FIRM
901 Rio Grande Blvd. NW, Suite H262
Albuquerque, NM 87104
Telephone: 505-222-3145
Facsimile: 505-222-3147
adamspatentlaw@gmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOON PARK, an individual, | |
| Plaintiff, | Civil No.: 08 CV 0668 DMS (NLS) |
| v. | **REPLY TO COUNTERCLAIM** |
| CMT USA, INC., a, North Carolina corporation, | |
| Defendant. | Jury Trial Demanded |

Plaintiff, Joon Park ("Park"), by his attorneys, answers the averments made in the numbered paragraphs of the Counterclaim filed by Defendant, CMT USA, Inc. ("CMT"), as follows:

**THE PARTIES**

18.   Admitted.

19.   Admitted.

**JURISDICTION AND VENUE**

20.   Park admits that the Counterclaim arises under the patent laws of the United States, 35 U.S.C. § 1, et seq., and the Declaratory Judgment Act, 28 U.S.C. §§

2201 and 2202.  Park admits that CMT seeks declaratory relief but denies that U.S. Patent No. 6,637,988 (the '988 patent) is not infringed and is invalid.  Park also admits that CMT seeks declaratory relief but denies that U.S. Patent No. 7,134,814 (the '814 patent) is not infringed and is invalid.

21. Admitted.

22. Admitted.

## FIRST COUNT

### (Declaration of Noninfringement of the '988 Patent)

23. Park repeats and realleges Paragraphs 18 - 22 of its Reply.

24. Admitted.

25. Admitted.

26. Denied.

27. Denied.

## SECOND COUNT

### (Declaration of Invalidity of the '988 Patent)

28. Park repeats and realleges Paragraphs 18 - 22 of its Reply.

29. Admitted.

30. Denied.

31. Denied.

## THIRD COUNT

### (Declaration of Noninfringement of the '814 Patent)

32. Park repeats and realleges Paragraphs 18 - 22 of its Reply.

33. Admitted.

34. Admitted.

35. Denied.

36. Denied.

## FOURTH COUNT

### (Declaration for Invalidity of the '814 Patent)

37. Park repeats and realleges Paragraphs 18 - 22 of its Reply.

38. Admitted.

39. Denied.

40. Denied.

**PRAYER FOR RELIEF**

WHEREFORE, Park respectfully requests that this Court enter judgement in favor of Park and against CMT as follows:

(a) Dismissing the Counterclaim with prejudice and denying each request for relief made by CMT in the Counterclaim;

(b) Declaring that CMT has infringed, contributed to the infringement of, or induced the infringement of at least one valid and enforceable claim of the '988 patent;

(c) Declaring that CMT has infringed, contributed to the infringement of, or induced the infringement of at least one valid and enforceable claim of the '814 patent;

(d) Declaring that each claim of the '988 patent is not invalid;

(e) Declaring that each claim of the '814 patent is not invalid;

(f) Adjudging that the CMT Counterclaim is an exceptional case under 35 U.S.C. § 285 and awarding Park its attorneys' fees in connection with defending against this Counterclaim;

(g) Awarding Park its costs and expenses incurred in the defense of this Counterclaim; and

(h) Awarding Park such other and further relief as the Court deems just and proper.

Dated this 6th day of June 2008.

Respectfully submitted,

THE ADAMS LAW FIRM


By   s: *Paul Adams*
      Paul Adams, (Bar No. 42,146)

Reply to Counterclaim - 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

550 West C Street, Suite 2000
San Diego, California 92101
Telephone: 619-241-4810
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on June 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Richard T. Mulloy
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-3697
richard.mulloy@dlapiper.com

    s: *Paul Adams*
Paul Adams