1  RICHARD T. MULLOY (Bar No. 199278)
   DLA PIPER US LLP
2  401 B Street, Suite 1700
   San Diego, CA  92101-3697
3  Tel:  619.699.4787
   Fax:  619.699.2701
4  E-mail: richard.mulloy@dlapiper.com

5  EDGAR H. HAUG
   ROBERT E. COLLETTI
6  JONATHAN R. WISE
   FROMMER LAWRENCE & HAUG LLP
7  745 Fifth Avenue
   New York, NY 10151
8  Tel: (212) 588-0800
   Fax: (212) 588-0500
9
   Attorneys for Defendant
10 CMT USA, INC.

11

12                     UNITED STATES DISTRICT COURT

13                   SOUTHERN DISTRICT OF CALIFORNIA

14  JOON PARK, an individual,                CV NO.  08 CV 0668 DMS (NLS)

15              Plaintiff,                    **DECLARATION OF ROBERT E.**
                                             **COLLETTI IN SUPPORT OF**
16       v.                                   **DEFENDANT CMT USA'S *EX PARTE***
                                             **APPLICATION TO CONTINUE ENE**
17  CMT USA, INC., a North Carolina           **CONFERENCE**
    corporation,
18                                            Judge:  Hon. Dana M. Sabraw
                Defendant.                    Magistrate Judge:  Hon. Nita L. Stormes
19
                                             Complaint:  April 14, 2008
20

21

22

23        I, Robert E. Colletti, declare as follows:

24        1.     I am an attorney licensed to practice law in the State of New York, and am a

25  partner with the law firm of Frommer Lawrence & Haug LLP, principal counsel for defendant

26  and counterclaim plaintiff CMT USA, Inc. ("CMT") in this action.  I was admitted *pro hac vice*

27  in this case on or about May 30, 2008.  I have personal knowledge of the following facts and if

28  called upon could and would testify competently thereto.

                                             -1-
DLA PIPER US LLP
   SAN DIEGO        WEST\21466348.1                        CV NO.  08 CV 0668 DMS (NLS)

1    2.    On July 1, 2008, I participated in a teleconference pursuant to Rule 26(f) of the

2  Federal Rules of Civil Procedure with Paul Adams, Esq., counsel for plaintiff and counterclaim

3  defendant Joon Park ("Park").  During that conference, I raised with Mr. Adams the prospect of

4  requesting a continuance of the ENE scheduled for July 22, 2008 to allow counsel for the parties

5  an opportunity to engage in settlement discussions in an effort to resolve this case.  On July 10,

6  2008, I sent Mr. Adams an e-mail confirming that CMT would be filing a request to continue the

7  ENE in this case on July 11, 2008.  On July 11, 2008, Mr. Adams sent me a responsive e-mail

8  confirming that Park does not oppose CMT's request for a continuance.

9    3.    CMT will be represented at the ENE in this matter by Marcello Tommassini.  Mr.

10  Tommassini will have full settlement authority on behalf of CMT.  Mr. Tommassini resides in

11  Italy and will be traveling to the ENE from Italy.

12    I declare under penalty of perjury under laws of the State of New York and the United

13  States of America that the foregoing is true and correct

14    Executed in New York, New York on July 11, 2008.

15

16  Dated: July 11, 2008                    FROMMER LAWRENCE & HAUG LLP

17                                          By: *s/ Robert E. Colletti*
                                               ROBERT E. COLLETTI
18
                                               EDGAR H. HAUG
19                                             ROBERT E. COLLETTI
                                               JONATHAN R. WISE
20                                             FROMMER LAWRENCE & HAUG LLP
                                               745 Fifth Avenue
21                                             New York, NY 10151
                                               Tel:  212.588.0800
22                                             Fax:  212.588.0500
                                               Attorneys for Defendant
23                                             CMT USA, INC.

24

25

26

27

28

DLA PIPER US LLP
  SAN DIEGO        WEST\21466348.1                    -2-                CV NO.  08 CV 0668 DMS (NLS)