UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOON PARK, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>CMT USA, INC., a North Carolina corporation,<br><br>      Defendant. | CV NO. 08 CV 0668 DMS (NLS)<br><br>**ORDER GRANTING DEFENDANT CMT USA, INC.'S *EX PARTE* APPLICATION TO CONTINUE ENE CONFERENCE**<br><br>[Doc. No. 15] |

Upon *ex parte* application by defendant and counterclaim plaintiff CMT USA, INC., and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference currently scheduled for July 22, 2008 be **VACATED** and **RESET** for *August 28, 2008* at *2:00 p.m.* The parties shall lodge their ENE briefs directly with Judge Stormes' chambers no later than **5** court days prior to the conference, via electronic mail, facsimile, or hand delivery.

    **IT IS SO ORDERED.**

Dated: July 14, 2008

                                                 HON. NITA L. STORMES
                                                 UNITED STATES MAGISTRATE JUDGE